


**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | Walmart Inc. | | |
| Status | Good Standing | Formation date | 08/13/1985 |
| ID number | 19871633113 | Form | Foreign Corporation |
| Periodic report month | August | Jurisdiction | Delaware |
| Principal office street address | 702 SW 8th St., Bentonville, AR 72716, United States | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility